UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAQUIA JONES,

    Plaintiff,

v.                                              Case No. 12-11902

LADD, INC.,

    Defendant.
                                     /

**ORDER OF VOLUNTARY DISMISSAL**

Plaintiff initiated this action on April 27, 2012, and Defendant has yet to answer the complaint or file any motions. On May 1, 2012, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2012, by electronic and/or ordinary mail.

                                       s/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522

S:\Cleland\JRC\Opinions and Orders\12-11902.JONES.VoluntaryDismissal.jrc.wpd